AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____   DISTRICT OF __NEVADA__

ROBERT RICHARD CSECH,

      Petitioner,         JUDGMENT IN A CIVIL CASE
V.

                            CASE NUMBER: **3:05-cv-0449-ECR-RAM**

JOHN IGNACIO, et al.,

      Respondents.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that respondents' motion to dismiss (Docket #40) is **GRANTED** and the amended petition is **DISMISSED** with prejudice as untimely.

  __February 26, 2008__                                **LANCE S. WILSON**
                                                                               Clerk

                                                                              /s/ Katie Lynn Ogden
                                                                                Deputy Clerk